IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TENNILLE GRAY, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. A-20-CV-1240-LY |
| | § | |
| SECURITAS SECURITY SERVICES USA, INC., | § | |
| DEFENDANT, | § | |

## ORDER CLOSING CASE

Before the court is the above styled and numbered cause. By separate order the court dismissed without prejudice all claims alleged by Plaintiff Tennille Gray against Defendant Securitas Security Services USA, Inc., and ordered costs taxed against the party incurring the same.

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this 21st day of December, 2021.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE